

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 0 5 2015 ★

BROOKLYN OFFICE

ZACHARY W. CARTER
*Corporation Counsel*

MATTHEW W. McQUEEN
Assistant Corporation Counsel
phone: (212) 356-2423
fax: (212) 356-3509
email: mmcqueen@law.nyc.gov

October 30, 2015

BY ECF
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Anthony N. Holley. v. City of New York, et al.
           15 CV 1241 (JBW) (SMG)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense in the above-referenced case. I write to inform the Court that the parties reached a settlement. We are currently preparing settlement paperwork to send to plaintiff's counsel. The Stipulation and Order of Dismissal will be forwarded to the Court for review and execution as soon as this office receives the fully executed paperwork from plaintiffs' counsel.

      In light of the settlement, defendants request that all future conferences and deadlines in this case be adjourned *sine die*.

      Defendants thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s

Matthew W. McQueen
Assistant Corporation Counsel
Special Federal Litigation Division

*[handwritten: close the case so ordered /s/ 11/3/15]*

cc: Philip Akakwam, Esq. (by E.C.F.)
     *Attorney for Plaintiffs*