UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANTHONY N. HOLLEY,

                                Plaintiff,      **STIPULATION AND**
                                          **ORDER OF DISMISSAL**
       -against-

                                                   15 CV 1241 (JBW) (SMG)

CITY OF NEW YORK, et al.,

                                Defendants.

------------------------------------------------------------------x

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice as against all defendants.

Dated: New York, New York
            November 20, 2015

LAW OFFICE OF PHILIP AKAKWAM, P.C.      ZACHARY W. CARTER
*Attorneys for Plaintiff*                               Corporation Counsel of the
303 Livingston Street, 2nd Floor                   City of New York
Brooklyn, New York 11217                         *Attorney for Defendants City of New York,*
(718) 858-2488                                           *Hoeflinger, and O'Sullivan*
                                                         100 Church Street, 3rd Floor
                                                        New York, New York 10007

By: _/s/ Philip Akakwam_                        By: _/s/ Matthew McQueen_
     Philip Akakwam                                     Matthew McQueen
                                                        *Assistant Corporation Counsel*

                                                        SO ORDERED:

                                                        HON. JACK B. WEINSTEIN
                                                       UNITED STATES DISTRICT JUDGE

                                                        Dated: _____, 2015